# EXHIBIT D

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                              :         Chapter 11
                                                    :
NMP-GROUP, LLC,                                     :         Case No. 13-12269-REG
                                                    :
                        Debtor.                     :
---------------------------------------------------------------x
```

## ORDER DETERMINING THAT THE DEBTOR IS A SINGLE ASSET REAL ESTATE DEBTOR

Upon the motion (the "Motion") of 172 Madison (NY) LLC ("Madison") requesting a determination that NMP-Group, LLC ("NMP" or the "Debtor"), the above-captioned debtor and debtor in possession, is a "single asset real estate" ("SARE") debtor within the meaning of section 101(51B) of title 11 of the United States Code (the "Bankruptcy Code") for all purposes, including without limitation for the purposes of section 362(d)(3) of the Bankruptcy Code; and it appearing that the Debtor is a SARE debtor within the meaning of section 101(51B) of title 11 of the Bankruptcy Code in that (1) the Debtor owns a single parcel of real estate located at 21 East 33rd Street, 172 Madison Avenue, and 176 Madison Avenue, New York, New York (the "Real Estate") that is not a residential property consisting of four or fewer residential units (2) that generates substantially all of the Debtor's income and (3) on which no substantial business is being conducted other than operating the property and incidental activities; and it appearing that due and proper notice of the Motion has been given under the circumstances; it is

**ORDERED** that the Motion is granted as set forth herein; and it is further

**ORDERED** that the Debtor is a SARE debtor within the meaning of section 101(51B) of the Bankruptcy Code for all purposes, including without limitation for the purposes of section 362(d)(3) of the Bankruptcy Code.

Dated: New York, New York
       August __, 2013

                                            HON. ROBERT E. GERBER
                                            UNITED STATES BANKRUPTCY JUDGE