**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
900 Third Avenue
New York, New York 10022
Ilana Volkov, Esq.
Felice R. Yudkin, Esq. (admitted *pro hac vice*)
(212) 752-8000
(212) 752-8393 Facsimile
Counsel for Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 13-12269 (REG) |
|---|---|
| NMP-GROUP, LLC, | Chapter 11 |
| Debtor. | |

NOTICE OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 10, 2013 AT 2:00 P.M. (EASTERN TIME)

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, U.S.B.J., Courtroom 523, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS**

1. NMP-Group, LLC Motion **[Docket No. 39]**

   Response Filed:

   A. U.S. Trustee Objection **[Docket No. 42]**

   **Status**:    **This matter is going forward**.

DATED: September 9, 2013

Respectfully submitted,

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Counsel for Debtor and Debtor-in-Possession

By: */s/ Ilana Volkov*
       Ilana Volkov
       Felice R. Yudkin

48136/0005-9830275v1